# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Brian Kerzetski,

    Plaintiff(s),

v.

Jeremy Bean, et al.,

    Defendant(s).

Case No. 2:25-cv-00140-RFB-NJK

**ORDER**

[Docket No. 25]

Defendants generally have a duty to avoid unnecessary expense for service of process. *See, e.g.*, *Smith v. Saribay*, 2021 WL 1824292, at *3 (D. Nev. Apr. 29, 2021).

In this case, the Court ordered the Nevada Attorney General's Office to file a notice identifying those defendants for whom it accepts service, as well as providing the names and last known addresses for those defendants for whom it does not accept service. Docket No. 15 at 2. The Nevada Attorney General's Office did not accept service for Nevada Governor Joe Lombardo or Nevada Secretary of State Francisco Aguilar. Docket No. 21. The Nevada Attorney General's Office indicated that Lombardo and Aguilar had last-known addresses at the state capitol for attempted service. *See* Docket No. 20.[1] The Nevada Attorney General's Office having not accepted service, Plaintiff now moves the Court to expend government resources (in both time and money) for the United States Marshals Service to serve Lombardo and Aguilar at the state capitol. *See* Docket No. 25.[2]

Given the circumstances, the Court **DENIES** without prejudice Plaintiff's motion for service. Docket No. 25. In addition, the Nevada Attorney General's Office must explain in

---

[1] Although last-known addresses may be sensitive and subject to secrecy in some circumstances, that Lombardo and Aguilar are at the state capitol is a matter of public record.

[2] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1

writing, no later than July 21, 2026, why it cannot accept service for Lombardo and Aguilar.  If the Nevada Attorney General's Office continues to not accept service, it must also explain in writing in the above submission why it should not be required to pay for the service efforts made by the United States Marshals Service.

IT IS SO ORDERED.

Dated: July 13, 2026

_____
Nancy J. Koppe
United States Magistrate Judge