**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Brian Kerzetski,

Plaintiff(s),

v.

Jeremy Bean, et al.,

Defendant(s).

Case No. 2:25-cv-00140-RFB-NJK

**ORDER**

[Docket No. 32]

This is a prisoner civil rights case. On July 24, 2026, the Court ordered service on two defendants through the United States Marshal. Docket No. 30. Pending before the Court is Plaintiff's motion to extend the service deadline. Docket No. 32. For good cause and consistent with the prior order, the motion to extend is **GRANTED** and the service deadline is **EXTENDED** to September 10, 2026.

IT IS SO ORDERED.

Dated: July 28, 2026

Nancy J. Koppe
United States Magistrate Judge