**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Brian Kerzetski,

Plaintiff(s),

v.

Jeremy Bean, et al.,

Defendant(s).

Case No. 2:25-cv-00140-RFB-NJK

**ORDER**

Pending before the Court is an order to show cause why the publicly-available addresses previously filed under seal should not be unsealed. Docket No. 30 (discussing Docket No. 20). Defendants consent to unsealing. Docket No. 35. Accordingly, the Clerk's Office is **INSTRUCTED** to unseal Docket No. 20.

IT IS SO ORDERED.

Dated: August 10, 2026

Nancy J. Koppe
United States Magistrate Judge